1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:14-CR-00182 LJO-SKO

12              Plaintiff,              STIPULATION TO CONTINUE SENTENCING
                                        HEARING AND ORDER
13       v.
                                        DATE: 2/2/2015
14 MICHAEL CRISTIANO LESLIE,            TIME: 10:45 a.m.
                                        DEPT: 4
15              Defendants.             Hon. Lawrence J. O'Neill

16

17       Plaintiff the United States of America and defendant MICHAEL CRISTIANO LESLIE, by and

18 through their respective counsel of record, jointly stipulate as follows:

19       The sentencing hearing in this matter is currently set for January 12, 2015 at 10:45 a.m. It is

20 respectfully stipulated and requested that the sentencing hearing be continued until February 2, 2015 at

21 10:45 a.m. The grounds for this stipulation are: The Probation department did not receive the

22 defendant's informal objections, which were timely filed with the court. The continuation will allow

23 the parties to complete the objection process.

24       The schedule has been agreed to with Probation Officer Marlene DeOrian.

25 ////

26 ////

27 ////

28 ////

   STIPULATION TO CONTINUE SENTENCING HEARING AND        1
   PROPOSED ORDER

IT IS SO STIPULATED.

Dated: January 5, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ MEGAN A. S. RICHARDS
                                          MEGAN A. S. RICHARDS
                                          Assistant United States Attorney

Dated: January 5, 2015

                                          LAW OFFICES OF PAUL B. MELTZER


                                    By:   /s/ Paul B. Meltzer
                                          PAUL B. MELTZER
                                          Attorney for Defendant, Michael Leslie


ORDER

Good cause appearing, the sentencing hearing as to defendant Michael Cristiano Leslie is continued from January 12, 2015, to February 2, 2015, at 10:45 a.m.


IT IS SO ORDERED.

   Dated:   **January 5, 2015**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING AND
PROPOSED ORDER