**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

**UNITED STATES OF AMERICA**

***Plaintiff*,**

**v.** **Case No. 1:14-cr-00182-LJO-1**

**MICHAEL CRISTIANO LESLIE,**

***Defendant*.** **Defendant's Attorney: Paul B. Meltzer**

---

**[~~PROPOSED~~] ORDER GRANTING VICTIM' S MOTION TO SUBSTITUTE COUNSEL AND DIRECTING THE CLERK OF COURT TO PROVIDE COUNSEL INFORMATION AS TO AMOUNTS PAID**

THIS MATTER, having come before the Court on Victim's Motion to Substitute Counsel; and the court having reviewed the following pleadings:

1. Victim's Motion to Substitute Counsel;

2. Declaration of Carol L. Hepburn in Support of Victim's Motion to Substitute Counsel;

The Court finds on the basis of specific facts that the victim has established good cause in support of his motion to substitute counsel;

ORDERED ADJUDGED AND DECREED, upon request of Victim in the J_blonde Series, that Victim's current counsel, Carol L. Hepburn, is substituted as his counsel herein.

All future payments of restitution to this victim, shall be made to "Carol L. Hepburn I/T/F Solomon of the "J_blonde" Series".

\\

\\

The clerk shall provide a ledger to counsel showing any payments previously made to Joseph Klest on behalf of the victim in the J_blonde series of child pornography images.

Dated: this **15** day of **October**, 2026.

United States District Judge